# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- | ) |
| | ) |
| MARS Construction Company aka MARS Construction and Engineering Service Co. | ) ASBCA Nos. 61289, 61372 |
| | ) |
| | ) |
| Under Contract No. W91B4N-16-C-8015 | ) |

APPEARANCE FOR THE APPELLANT:        Walt Pennington, Esq.
                                     Pennington Law Firm
                                     San Diego, CA

APPEARANCES FOR THE GOVERNMENT:      Raymond M. Saunders, Esq.
                                     Army Chief Trial Attorney
                                     MAJ Bruce H. Robinson, JA
                                     Trial Attorney

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: February 12, 2019

HEIDI L. OSTERHOUT
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 61289, 61372, Appeals of MARS Construction Company aka MARS Construction and Engineering Service Co., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals